MALCOLM A. HEINICKE (SBN 194174)
AILSA W. CHANG (SBN 217917)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
E-Mail:   Malcolm.Heinicke@mto.com

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH BARNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY, <br><br> Defendant. | CASE NO. C 05-1298 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Proposed Date: September 15, 2005 <br><br> Current Date:    August 18, 2005 <br> Time:                  2:30 p.m. <br> Room:               Courtroom 3, 17th Floor <br> **The Honorable Phyllis Jean Hamilton** |

1         WHEREAS, the above-captioned action was filed on March 31, 2005;

2         WHEREAS, the Court has scheduled a Case Management Conference for August 18, 2005 at 2:30 p.m.;

4         WHEREAS, due to scheduling issues confronting the lawyers in this matter, the parties wish to continue this Case Management Conference until September 15, 2005 at 2:30 p.m.;

7         WHEREAS, this Case Management Conference has not been continued in the past; and

9         WHEREAS, the parties through their counsel of record stipulate to an order as follows:

///

///

///

1103466.1  - 2 -  STIPULATION TO CONTINUE CASE MANAGEMENT CONF. C 05-1298 PJH

The Case Management Conference currently scheduled for August 18, 2005 shall be continued to September 15, 2005 at 2:30 p.m. All deadlines concerning the Case Management Conference, including the deadlines for filing the Case Management Statement, shall remain in place as originally ordered.

DATED: June 8, 2005

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
KELLY M. DERMODY

Attorneys for Plaintiffs
RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER AND JUDY WEIL

DATED: June 9, 2005

MUNGER, TOLLES & OLSON LLP

By: _____
MALCOLM A. HEINICKE

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH BARNEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/13/05

_____
HONORABLE PHYLLIS JEAN HAMILTON
UNITED STATES DISTRICT JUDGE