MALCOLM A. HEINICKE (SBN 194174)
AILSA W. CHANG (SBN 217917)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
E-Mail:  Malcolm.Heinicke@mto.com

JAY COHEN (admitted *pro hac vice*)
DANIEL J. TOAL (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 373-2399
E-Mail:  jaycohen@paulweiss.com

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH BARNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | CASE NO. C 05-1298 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER AND CONSOLIDATE HEARING ON MOTION WITH CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing Date: July 20, 2005 (9:00 am)<br>Proposed Date:  Sept. 14, 2005 (9:00 am)<br><br>**The Honorable Phyllis Jean Hamilton** |

1        WHEREAS, Defendant filed a Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)
2 on June 10, 2005 (the "Transfer Motion"); and
3        WHEREAS, Defendant noticed a hearing on the Transfer Motion for July 20,
4 2005; and
5        WHEREAS, at the request of the Plaintiffs, the parties have agreed to an extension
6 of the dates for the filing of opposition and reply papers to the Transfer Motion, and they have
7 agreed to an associated continuance of the originally noticed hearing date; and
8        WHEREAS, the parties previously requested and this Court granted a continuance
9 of the Case Management Conference to September 15, 2005; and
10        WHEREAS, counsel for both parties may be traveling from out of state to attend
11 the hearing on the transfer motion and the previously-scheduled Case Management Conference,
12 and therefore respectfully request that in the interest of judicial efficiency and preservation of
13 resources, the Court hold the Case Management Conference on September 14, 2005 together with
14 the hearing on the Transfer Motion; and
15        WHEREAS, the parties through their counsel of record stipulate to an order as
16 follows:
17 ///
18 ///
19 ///

1  Plaintiffs' Opposition to Defendant's Motion to Transfer shall be due on July 29,
2  2005; Defendant's Reply shall be due on September 2, 2005; and both the hearing on the Transfer
3  Motion and the Case Management Conference shall be held on Wednesday, September 14, 2005,
4  at 9:00 a.m. Other than as set forth in this Order, the Local Rules of Court and other pertinent
5  rules shall govern the pleadings filed in connection with the Motion to Transfer.

DATED: June 29, 2005

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By: _____
KELLY M. DERMODY

Attorneys for Plaintiffs
RENEE FASSBENDER AMOCHAEV,
DEBORAH ORLANDO, KATHRYN N.
VARNER AND JUDY WEIL

DATED: June ____, 2005

MUNGER, TOLLES & OLSON LLP

By: _____
MALCOLM A. HEINICKE

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC.,
D/B/A SMITH BARNEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/1/05

_____
HONORABLE PHYLLIS JEAN HAMILTON
UNITED STATES DISTRICT JUDGE

1  Plaintiffs' Opposition to Defendant's Motion to Transfer shall be due on July 29, 2005; Defendant's Reply shall be due on September 2, 2005; and both the hearing on the Transfer Motion and the Case Management Conference shall be held on Wednesday, September 14, 2005, at 9:00 a.m. Other than as set forth in this Order, the Local Rules of Court and other pertinent rules shall govern the pleadings filed in connection with the Motion to Transfer.

DATED: June ____, 2005

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:_____
KELLY M. DERMODY

Attorneys for Plaintiffs
RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER AND JUDY WEIL

DATED: June 30, 2005

MUNGER, TOLLES & OLSON LLP

By:_____
MALCOLM A. HEINICKE

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH BARNEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE PHYLLIS JEAN HAMILTON
UNITED STATES DISTRICT JUDGE