United States District Court
For the Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8   RENEE FASSBENDER AMOCHAEV, ET AL.,    No. C-05-01298 PJH (JCS)
9
            Plaintiff(s),
10
       v.                                  **NOTICE OF REFERENCE, DATE, TIME AND PLACE OF HEARING; ORDER TO MEET AND CONFER**
11
    CITIGROUP GLOBAL MARKETS, INC.,
12  dba SMITH BARNEY,
13          Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16      The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of all
17  discovery matters.
18      The hearing on Plaintiffs' Motion to Compel Production of Relevant *Martens* Documents
19  (the "Motion") has been set for **October 6, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal
20  Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The opposition(s), if not
21  already filed, shall be electronically filed and served no later than twenty-one (21) days prior to the
22  hearing.  Any reply to the opposition(s) shall be electronically filed and served no later than fourteen
23  (14) days prior to the hearing.  All documents shall be filed in compliance with Civil L.R. 7-2
24  through 7-5.  Documents not filed in compliance with those rules will not be considered by the
25  Court.  Any party seeking an award of attorney's fees or other expenses in connection with this
26  motion shall file a motion in accordance with Civil L.R. 37-3.
27      In addition, it appears that counsel have not made adequate efforts resolve this matter
28  without the need for Court intervention.  Accordingly, IT IS HEREBY ORDERED that not later

than ten (10) days from the date of this Order, lead trial counsel for Plaintiffs and lead trial counsel for Defendant shall meet and confer **in person** regarding the subject matter of the Motion in an effort to resolve the matter.  **On or before September 21, 2006**, counsel shall provide a detailed Joint Letter to the Court.  This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue.

## LAW AND MOTION HEARING PROCEDURES

Civil law and motion is heard on Friday mornings, at 9:30 a.m., Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

Motions to compel may be noticed without reserving a hearing date, subject to the Court's availability.

Discovery motions may be addressed to the Court in three ways.  A motion may be noticed on not less than 35 days notice pursuant to Civil L. R. 7-2.  Alternatively, any party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief.  In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b).

In the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith confer **in person** with counsel for the party failing to make the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).  The meeting must be **in person**, except where good cause is shown why a telephone meeting is adequate. A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers.  The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the date for service of the opposition.  Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: September 6, 2006

JOSEPH C. SPERO
United States Magistrate Judge