1  James M. Finberg (State Bar No. 114850)
   Kelly M. Dermody (State Bar No. 171716)
2  Bill Lann Lee (State Bar No. 108452)
   Heather H. Wong (State Bar No. 238546)
3  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   *Attorneys for the Plaintiffs*
7  [Additional Plaintiffs' Counsel
      Listed on Signature Page]
8
   Jay Cohen *(pro hac vice)*
9  Brad S. Karp *(pro hac vice)*
   Daniel J. Toal *(pro hac vice)*
10 Liza M. Velazquez *(pro hac vice)*
   PAUL, WEISS, RIFKIND, WHARTON &
11 GARRISON, LLP
   1285 Avenue of the Americas
12 New York, NY  10019-6064
   Telephone: (212) 373-3000
13 Facsimile: (212) 757-3990
14
   *Attorneys for Defendant Citigroup Global*
15 *Markets, Inc., d/b/a Smith Barney*
   [Additional Defense Counsel
16    Listed on Signature Page]
17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and JUDY WEIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No.  C-05-1298 PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JUDY WEIL AS A CLASS REPRESENTATIVE** |

558879. 4

JOINT STIPULATION AND [PROPOSED] ORDER
WITHDRAWING JUDY WEIL AS A CLASS
REPRESENTATIVE

**STIPULATION**

WHEREAS, Judy Weil was named as a putative class representative in this action;

WHEREAS, for personal reasons, Judy Weil seeks to withdraw permanently as a representative plaintiff on behalf of the putative class in this matter;[1]

WHEREAS, the parties therefore have agreed that Judy Weil should be permitted to withdraw as a putative class representative in this matter; and

WHEREAS, because Judy Weil remains within the putative class as described in the Complaint, the statute of limitations for her claims are tolled to the same extent as for all other putative class members;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that (i) Judy Weil be removed as a class representative in this action and will maintain her status as a putative class member and (ii) Ms. Weil will not seek to serve as a representative plaintiff on behalf of the putative class at any time in the future.

SO STIPULATED.

Dated: September 13, 2006            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:   */s/ Elizabeth A. Alexander*
         Elizabeth A. Alexander

James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

---

[1] Should the Court require additional information regarding Ms. Weil's basis for seeking to withdraw, she respectfully requests that she be permitted to provide information to the Court *in camera*.

558879. 4                                  - 1 -                         JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING JUDY WEIL AS A CLASS REPRESENTATIVE

| | |
|---|---|
| 1 | Adam T. Klein *(pro hac vice)* |
| 2 | Justin M. Swartz *(pro hac vice)* |
|   | Piper Hoffman *(pro hac vice)* |
| 3 | OUTTEN & GOLDEN LLP |
|   | 3 Park Avenue, 29th Floor |
| 4 | New York, New York 10016 |
|   | Telephone: (212) 245-1000 |
| 5 | Facsimile: (212) 977-4005 |

Adam T. Klein *(pro hac vice)*
Justin M. Swartz *(pro hac vice)*
Piper Hoffman *(pro hac vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(pro hac vice)*
Lisa M. Bornstein *(pro hac vice)*
Sandi Farrell *(pro hac vice)*
Anna M. Pohl *(pro hac vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Attorneys for Plaintiffs and the Class*

Dated:  September 13, 2006        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP


By: ___*/s/ Daniel J. Toal (with permission)*___
           Daniel J. Toal
Jay Cohen *(pro hac vice)*
Brad S. Karp *(pro hac vice)*
Daniel J. Toal *(pro hac vice)*
Liza M. Velazquez *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*

558879. 4    - 2 -    JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING JUDY WEIL AS A CLASS REPRESENTATIVE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/15/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California)