James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs* [Additional Plaintiffs;
    Counsel Listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant* [Additional Defense
    Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO and KATHRYN N. VARNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,,<br><br>Defendant. | No. C-05-1298 PJH (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

## STIPULATION

WHEREAS, on September 1, 2006, Plaintiffs filed a Motion to Compel Production of Relevant *Martens* Documents (the "Motion to Compel");

WHEREAS, the Court, by Notice of Reference, Date, Time and Place of Hearing; Order to Meet and Confer, dated September 6, 2006, has set a hearing on Plaintiffs' Motion to Compel for October 6, 2006 at 9:30 a.m.;

WHEREAS, simultaneous with its Opposition to Plaintiffs' Motion to Compel, Defendant has cross-moved this Court for a Protective Order protecting from disclosure documents and information related to a prior lawsuit, *Martens* v. *Smith Barney, Inc.*, 96 Civ. 3779, and/or the dispute resolution process arising therefrom (the "Cross-Motion for Protective Order"); and

WHEREAS, with respect to the remaining briefing on the Motion to Compel and Cross-Motion for a Protective Order, the parties have agreed to abide by the following briefing schedule, subject to the Court's approval;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record:

1. Plaintiffs shall file their memorandum of law in further support of the Motion to Compel and in opposition to the Cross-Motion for a Protective Order on or before September 22, 2006.

2. Defendant shall serve their reply in further support of the Cross-Motion for a Protective Order on or before September 29, 2006.

3. The Court shall either maintain the October 6, 2006, 9:30 a.m. hearing or set a different date and time for the hearing on the Motion to Compel and the Cross-Motion for Protective Order, at its discretion.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: September 22, 2006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: _____/s/ Jay Cohen_____<br>Jay Cohen |
| 4 | | Jay Cohen (*pro hac vice*) |
| 5 | | Brad S. Karp (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Liza M. Velazquez (*pro hac vice*) |
| 6 | | 1285 Avenue of the Americas<br>New York, NY  10019-6064 |
| 7 | | Telephone:  (212) 373-3000<br>Facsimile:   (212) 757-3990 |
| 8 | | |
| 9 | | Malcolm A. Heinicke (State Bar No. 194174)<br>MUNGER, TOLLES & OLSON LLP |
| 10 | | 560 Mission Street, 27th Floor<br>San Francisco, CA  94105 |
| 11 | | Telephone:  (415) 512-4000<br>Facsimile:   (415) 512-4077 |
| 12 | | *Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney* |
| 13 | | |
| 14 | | |
| 15 | DATED:  September 22, 2006 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 16 | | By: _____/s/ Elizabeth A. Alexander_____<br>Elizabeth A. Alexander |
| 17 | | |
| 18 | | Elizabeth A. Alexander (*pro hac vice*) |
| 19 | | 150 Fourth Avenue, N., Suite 1650<br>Nashville, TN  37219-2423 |
| 20 | | Telephone:  (615) 313-9000<br>Facsimile:   (615) 313-9965 |
| 21 | | James M. Finberg (State Bar No. 114850) |
| 22 | | Kelly M. Dermody (State Bar No. 171716)<br>Bill Lann Lee (State Bar No. 108452) |
| 23 | | Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 24 | | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 |
| 25 | | Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| 26 | | |
| 27 | | |
| 28 | | |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Adam T. Klein (*pro hac vice*)
Justin M. Swartz (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

Cyrus Mehri (*pro hac vice*)
Lisa M. Bornstein (*pro hac vice*)
Sandi Farrell (*pro hac vice*)
Anna M. Pohl (*pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC  20036
Telephone:  (202) 822-5100
Facsimile:  (202) 822-4997

*Attorneys for Plaintiffs*

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 25, 2006

_____
Honorable Joseph C. Spero

