| | |
|---|---|
| 1 | James M. Finberg (State Bar No. 114850) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Bill Lann Lee (State Bar No. 108452) |
| | Heather H. Wong (State Bar No. 238546) |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| 6 | |
| | *Attorneys for the Plaintiffs* |
| 7 | [Additional Plaintiffs' Counsel Listed on Signature Page] |
| 8 | |
| | Jay Cohen *(pro hac vice)* |
| 9 | Brad S. Karp *(pro hac vice)* |
| | Daniel J. Toal *(pro hac vice)* |
| 10 | Liza M. Velazquez *(pro hac vice)* |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 11 | 1285 Avenue of the Americas |
| 12 | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| 13 | Facsimile: (212) 757-3990 |
| 14 | *Attorneys for Defendant Citigroup Global Markets Inc., d/b/a Smith Barney* |
| 15 | [Additional Defense Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, and KATHRYN N. VARNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY, <br><br> Defendant. | Case No. C-05-1298 PJH (JCS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER ADJOURNING HEARING ON DEFENDANT'S MOTION TO COMPEL** |

# STIPULATION

WHEREAS, this Court initially set the hearing on Defendant's Motion to Compel Responses to Smith Barney's First Set of Interrogatories on November 17, 2006 at 9:30 a.m.;

WHEREAS, at the parties' request, the Clerk issued a Notice on November 14, 2006 rescheduling the hearing on Defendant's Motion to Compel to December 1, 2006 at 9:30 a.m.; and

WHEREAS, the parties have contacted the Clerk and requested that the hearing on the Motion to Compel be rescheduled from December 1, 2006 to January 12, 2007 at 9:30 a.m.;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record, that the hearing on Defendant's Motion to Compel Responses to Smith Barney's First Set of Interrogatories before Magistrate Judge Spero previously noticed for December 1, 2006, at 9:30 a.m. will be held on January 12, 2007 at 9:30 a.m., Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

SO STIPULATED.

Dated: November 22, 2006            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:   /s/ Kelly M. Dermody
       Kelly M. Dermody

James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

| | |
|---|---|
| 1 | Adam T. Klein *(pro hac vice)* |
| 2 | Justin M. Swartz *(pro hac vice)* |
|   | Piper Hoffman *(pro hac vice)* |
|   | OUTTEN & GOLDEN LLP |
|   | 3 Park Avenue, 29th Floor |
|   | New York, New York 10016 |
|   | Telephone: (212) 245-1000 |
|   | Facsimile: (212) 977-4005 |
|   | |
|   | Cyrus Mehri *(pro hac vice)* |
|   | Lisa M. Bornstein *(pro hac vice)* |
|   | Sandi Farrell *(pro hac vice)* |
|   | Anna M. Pohl *(pro hac vice)* |
|   | MEHRI & SKALET, PLLC |
|   | 1250 Connecticut Ave, NW, Suite 300 |
|   | Washington, DC 20036 |
|   | Telephone: (202) 822-5100 |
|   | Facsimile: (202) 822-4997 |
|   | |
|   | *Attorneys for Plaintiffs* |

Dated: November 22, 2006        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP


By: ___/s/ Daniel J. Toal___
        Daniel J. Toal

Jay Cohen *(pro hac vice)*
Brad S. Karp *(pro hac vice)*
Daniel J. Toal *(pro hac vice)*
Liza M. Velazquez *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*

- 2 -

CASE NO. C-05-1298 PJH (JCS)
STIPULATION AND [~~PROPOSED~~] ORDER
ADJOURNING HEARING ON DEFENDANT'S MOTION TO COMPEL

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 27, 2006

_____
The Honorable Joseph C. Spero

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero]*