James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for the Plaintiffs*
 [Additional Plaintiffs' Counsel
    Listed on Signature Page]

Jay Cohen *(pro hac vice)*
Brad S. Karp *(pro hac vice)*
Daniel J. Toal *(pro hac vice)*
Liza M. Velazquez *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Citigroup Global
Markets, Inc., d/b/a Smith Barney*
[Additional Defense Counsel
    Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, and KATHRYN N. VARNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No.  C-05-1298 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

**STIPULATION**

WHEREAS, by Order entered August 29, 2006 (Docket No. 72), the Court set an amended class certification briefing schedule in which the deadline for Plaintiffs' Motion for Class Certification was set for October 27, 2006;

WHEREAS, currently pending before the Honorable Magistrate Judge Spero are Plaintiffs' Motion to Compel Production of Relevant *Martens* Documents (filed September 1, 2006; Docket Entry No. 73), and Defendant's Cross Motion for Protective Order (filed September 15, 2006; Docket Entry No. 81), both of which are set for oral argument on October 20, 2006;

WHEREAS Defendant filed a Motion to Compel Plaintiffs to Respond to Defendant's First Set of Interrogatories on September 25, 2006 (Docket No. 88) and its Motion was dismissed by Order entered September 26, 2006 (Docket Entry No. 93) with instructions from the Court to meet and confer, and Defendant intends to refile that Motion now that the meet and confer requirements have been met;

WHEREAS, although the parties have been actively conferring to come to an agreement regarding Defendant's production of electronic mail, and have had partial success reaching an agreement, the search for such electronic mail has only recently begun and production of any responsive electronic mail will begin in the near future;

WHEREAS the parties have agreed to postpone depositions of several Smith Barney employees pending the production of electronic mail and resolution of Plaintiffs' Motion to Compel;

WHEREAS, Plaintiffs anticipate filing an Amended Complaint, and Defendant thus would require additional time for discovery; and

WHEREAS, the proposed modification of the class certification schedule will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | February 26, 2007 |
| Defendants' Opposition | April 23, 2007 |
| Plaintiffs' Reply | June 4, 2007 |
| Class Certification Hearing | July 11, 2007 |

SO STIPULATED.

Dated:  October 17, 2006          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:   */s/ Elizabeth A. Alexander*
        Elizabeth A. Alexander

James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein *(pro hac vice)*
Piper Hoffman *(pro hac vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(pro hac vice)*
Lisa M. Bornstein *(pro hac vice)*
Sandi Farrell *(pro hac vice)*
Anna M. Pohl *(pro hac vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Attorneys for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | Dated:  October 17, 2006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP |

By: ___/s/ Jay Cohen___
             Liza M. Velazquez

Jay Cohen *(pro hac vice)*
Brad S. Karp *(pro hac vice)*
Daniel J. Toal *(pro hac vice)*
Liza M. Velazquez *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/21/06

_____
The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)