**United States District Court**
For the Northern District of California

1

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5 RENEE AMOCHAEV, ET AL,                           Case No.  05-01298 PJH (JCS)

6        Plaintiff(s),                             **ORDER GRANTING IN PART AND
                                                   DENYING IN PART DEFENDANT'S**
7     v.                                           **MOTION TO COMPEL RESPONSES TO
                                                   SMITH BARNEY'S FIRST SET OF**
8 CITIGROUP GLOBAL MARKETS INC.,                   **INTERROGATORIES [Docket No. 88]**

9        Defendant(s).
                                                   /
10

11        On September 25, 2006, Defendant's filed a Motion to Compel Responses to Smith Barney's

12 First Set of Interrogatories (the "Motion").

13        On January 12, 2007, the Motion came on for hearing.  Cyrus Mehri, Adam Klein and Kelly

14 Dermody, counsel for Plaintiffs, appeared.  Daniel Toal, counsel for Defendant, appeared.

15        For reasons stated on the record, and good cause shown,

16        IT IS HEREBY ORDERED that Plaintiffs' are required to identify, by **February 2, 2007**,

17 those members of the putative class who have knowledge of discrimination against financial

18 advisors by Smith Barney.  This information shall be disclosed only to outside counsel, who may not

19 disclose this information to anyone absent further Order of the Court.   No formal discovery shall be

20 taken of the putative class members so identified absent agreement of the parties or by Court Order.

21 For purposes of this Order persons with "knowledge of discrimination" includes only persons with

22 knowledge of specific instances of discrimination, including discriminatory policies. For purposes of

23 this Order, "knowledge of discrimination" does not include knowledge common to all members of

24 the putative class by virtue of their positions as female financial analysts.

25        IT IS SO ORDERED.

26 Dated: January 16, 2007

27                                                 _____
                                                   JOSEPH C. SPERO
28                                                 United States Magistrate Judge