Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for the Plaintiffs*
   [Additional Plaintiffs' Counsel
    Listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*
   [Additional Defense Counsel
    Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | No. C-05-1298 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

**STIPULATION**

WHEREAS, Plaintiffs filed an Amended Complaint on November 29, 2006;

WHEREAS, by Order entered December 21, 2006 (Docket No. 115), the Court set an amended class certification briefing schedule in which the deadline for Plaintiffs' Motion for Class Certification was set for February 26, 2007;

WHEREAS, the production of electronic documents is still ongoing;

WHEREAS, given that the production of electronic documents remains ongoing and due to the conflicting schedules of witnesses and counsel for the parties, some depositions will not take place until late April 2007;

WHEREAS, the parties therefore anticipate discovery for class certification continuing until the end of April 2007; and

WHEREAS, the parties and their respective counsel therefore agree that a modification of the class certification schedule is warranted and further agree that the proposed modification will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | May 25, 2007 |
| Defendant's Opposition to Class Certification | August 3, 2007 |
| Plaintiffs' Reply | September 21, 2007 |
| Class Certification Hearing | October 17, 2007 |

SO STIPULATED.

Dated:   February 20, 2007

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: ___*/s/ Elizabeth A. Alexander*___
   Elizabeth A. Alexander

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile:  (615) 313-9965

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Adam T. Klein *(pro hac vice)*
Piper Hoffman *(pro hac vice)*
Justin M. Swartz *(pro hac vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile:  (212) 977-4005

Cyrus Mehri *(pro hac vice)*
Lisa M. Bornstein *(pro hac vice)*
Sandi Farrell *(pro hac vice)*
Anna M. Pohl *(pro hac vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 822-5100
Facsimile:  (202) 822-4997

*Attorneys for Plaintiffs and the Class*

Dated: February 20, 2007

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Jay Cohen
       Jay Cohen (*pro hac vice*)
       Brad S. Karp (*pro hac vice*)
       Daniel J. Toal (*pro hac vice*)
       Liza M. Velazquez (*pro hac vice*)

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212 373-3000
Facsimile: 212-757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: 415-512-4000
Facsimile: 415-512-4077

*Attorneys for Defendant*

- 4 -

1
2
3   **ORDER**
4   PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6   Dated: 2/22/07
7                                                    The Honorable Phyllis J. Hamilton 
8
9
10
11
...
28