1  Bill Lann Lee (SBN 108452)
   LEWIS, FEINBERG, LEE,
2  RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile:  (510) 839-7839
   E-Mail: blee@lewisfeinberg.com
5

6  *Attorney for Plaintiffs*

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO/OAKLAND DIVISION**

11

12 | RENEE FASSBENDER AMOCHAEV, | ) |
   | DEBORAH ORLANDO, KATHRYN N. | ) |
13 | VARNER, IVY SO and LISA STRANGE | ) Case No. C-05-1298 PJH
   | WEATHERBY on behalf of all others similarly | ) |
14 | situated, | ) |
   |  | ) **WITHDRAWAL OF COUNSEL**
15 | Plaintiffs, | )   and Order
   |  | ) |
16 | vs. | ) |
   |  | ) |
17 | CITIGROUP GLOBAL MARKETS, INC., | ) |
   | d/b/a SMITH BARNEY, | ) |
18 |  | ) |
   | Defendant. | ) |
19 |  | ) |

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WITHDRAWAL OF COUNSEL
[CASE NO. C-05-1298 PJH]

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      Please take notice that effective immediately, Bill Lann Lee formerly of Lieff, Cabraser,

3  Heimann & Bernstein, LLP, having moved to another law firm, is withdrawing as counsel of

4  record for Plaintiffs in this action.

6  Dated: February 27, 2007          Respectfully submitted,

                                      By:   /s/ Bill Lann Lee
                                              Bill Lann Lee
                                              LEWIS, FEINBERG, LEE,
                                              RENAKER & JACKSON, P.C.
                                              1330 Broadway, Suite 180
                                              Oakland, CA 94612
                                              Telephone: (510) 839-6824
                                              Facsimile: (510) 839-7839
                                              Email: blee@lewisfeinberg.com



*Attorney for Plaintiffs*

3/2/07