1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5
   *Attorneys for the Plaintiffs*
6    [Additional Plaintiffs' Counsel
      Listed on Signature Page]
7
8  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
9  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
10 PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
11 1285 Avenue of the Americas
   New York, New York 10019-6064
12 Telephone: 212-373-3000
   Facsimile: 212-757-3990
13
   *Attorneys for Defendant Citigroup Global Markets Inc.*
14   [Additional Defense Counsel
      Listed on Signature Page]
15
16         **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**

17 RENEE FASSBENDER AMOCHAEV,          No. C-05-1298 PJH
   DEBORAH ORLANDO, KATHRYN N.
18 VARNER and IVY SO, on behalf of
   themselves and all others similarly situated,
19
                                       **JOINT STIPULATION AND [PROPOSED]**
   Plaintiffs,                         **ORDER MODIFYING CLASS**
20                                      **CERTIFICATION SCHEDULE**
        v.
21
   CITIGROUP GLOBAL MARKETS, INC.,
22 d/b/a SMITH BARNEY,
23              Defendant.
24
25
26
27
28

**STIPULATION**

WHEREAS, Plaintiffs filed an Amended Complaint on November 29, 2006;

WHEREAS, by Order entered April 18, 2007 (Docket No. 135), the Court set an amended class certification briefing schedule in which the deadline for Plaintiffs' Motion for Class Certification was set for July 25, 2007;

WHEREAS, the parties recently resumed mediation and have made substantial progress in their attempts to resolve this matter;

WHEREAS, the parties and their respective counsel agree that a brief extension of the class certification briefing schedule is warranted so that the parties may determine whether there is a realistic possibility that this matter may be resolved and further agree that the proposed modification will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification, which extends the deadline for plaintiffs' motion for class certification by five days and adds one day each to the respective time periods for filing Smith Barney's opposition brief and plaintiffs' reply brief:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | July 30, 2007 |
| Defendant's Opposition to Class Certification | October 9, 2007 |
| Plaintiffs' Reply | November 28, 2007 |
| Class Certification Hearing | December 19, 2007 |

SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION SCHEDULE

1 | Dated:   July 23, 2007

2 |                              OUTTEN & GOLDEN LLP

3 |                              By:_____/s/ Adam T. Klein_____
                                      Adam T. Klein (pro hac vice)
4 |                                   Piper Hoffman (pro hac vice)
                                      Justin M. Swartz (pro hac vice)
5 |
                              3 Park Avenue, 29th Floor
6 |                           New York, New York 10016
                              Telephone:  (212) 245-1000
7 |                           Facsimile:  (212) 977-4005

8 |                           Elizabeth A. Alexander (pro hac vice)
                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
9 |                           150 Fourth Avenue, N., Suite 1650
                              Nashville, TN 37219-2423
10 |                          Telephone:  (615) 313-9000
                              Facsimile:   (615) 313-9965
11 |
                              Kelly M. Dermody (State Bar No. 171716)
12 |                          Heather H. Wong (State Bar No. 238546)
                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
13 |                          275 Battery Street, 30th Floor
                              San Francisco, CA 94111-3339
14 |                          Telephone:  (415) 956-1000
                              Facsimile:   (415) 956-1008
15 |
                              Cyrus Mehri (pro hac vice)
16 |                          Lisa M. Bornstein (pro hac vice)
                              Sandi Farrell (pro hac vice)
17 |                          Anna M. Pohl (pro hac vice)
                              MEHRI & SKALET, PLLC
18 |                          1250 Connecticut Ave., NW, Suite 300
                              Washington, D.C. 20036
19 |                          Telephone:  (202) 822-5100
                              Facsimile:   (202) 822-4997
20 |
                              Attorneys for Plaintiffs and the Class
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

JOINT STIPULATION AND [PROPOSED] ORDER
                                       MODIFYING CLASS CERTIFICATION SCHEDULE

1 | Dated: July 23, 2007

2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3 | By: /s/ Jay Cohen
 | Jay Cohen (*pro hac vice*)
4 | Brad S. Karp (*pro hac vice*)
 | Daniel J. Toal (*pro hac vice*)
5 | Liza M. Velazquez (*pro hac vice*)

6 | 1285 Avenue of the Americas
 | New York, New York 10019-6064
7 | Telephone: 212 373-3000
 | Facsimile: 212-757-3990
8 |
 | Malcolm A. Heinicke (State Bar No. 194174)
9 | MUNGER, TOLLES & OLSON LLP
 | 560 Mission Street, 27th Floor
10 | San Francisco, California 94105
 | Telephone: 415-512-4000
11 | Facsimile: 415-512-4077

12 | *Attorneys for Defendant*

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION SCHEDULE

1

2

### ORDER

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6

Dated: __7/24/07_____

7
_____
The Honorable Phyllis J. Hamilton

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION SCHEDULE