1 | Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*
   [Additional Counsel listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Citigroup Global
Markets Inc. d/b/a Smith Barney*
   [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C- 05-1298 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

1    WHEREAS, Plaintiffs' Motion for Class Certification is due to be filed on July 30, 2007;

2

3    WHEREAS, the parties advised the Court by Joint Stipulation dated July 23, 2007 that the parties had resumed mediation and made substantial progress in their attempts to resolve this matter;

6    WHEREAS, the parties have been mediating under the supervision of Hunter R. Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the Court about the progress of the mediation at the Court's convenience at his office number, (404) 420-4622 should the Court be interested in speaking with him;

10   WHEREAS, the parties and their counsel have reached substantive agreements on the monetary terms of the settlement and agree that a brief extension of the class certification schedule is warranted so that the parties may complete discussions on the programmatic relief to resolve this matter.

14   WHEREAS, the parties and their counsel agree that the proposed modification will not unduly delay processing this action.

16   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification, which extends by 45 days the respective time periods related to Plaintiffs' Motion for Class Certification (except for those dates that would fall on a weekend or Court holiday, which are hereby extended to first available Court date thereafter):

| Plaintiffs' Motion for Class Certification | September 13, 2007 |
| Defendant's Opposition to Class Certification | November 26, 2007 |
| Plaintiffs' Reply | January 14, 2008 |
| Class Certification Hearing | February 6, 2008 |

26   All other dates are adjourned until further Court Order.

27   SO STIPULATED.

28

721695.1           - 2 -                STIPULATION AND [PROPOSED] ORDER
                                         CASE NO. C- 05-1298 PJH

| | |
|---|---|
| Dated:  July 30, 2007 | Respectfully submitted,<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br><br><br>By: ___*/s/ Kelly M. Dermody*___<br>          Kelly M. Dermody<br><br>Kelly M. Dermody (State Bar No. 171716)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>Elizabeth A. Alexander *(Pro Hac Vice)*<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>150 Fourth Avenue, N., Ste. 1650<br>Nashville, TN  37219-2423<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965<br><br>Adam T. Klein (*Pro Hac Vice*)<br>Justin M. Swartz (*Pro Hac Vice*)<br>Piper Hoffman (*Pro Hac Vice*)<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005<br><br>Cyrus Mehri (*Pro Hac Vice*)<br>Lisa M. Bornstein (*Pro Hac Vice*)<br>Sandi Farrell (*Pro Hac Vice*)<br>Anna M. Pohl  (*Pro Hac Vice*)<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Ave, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 822-5100<br>Facsimile: (202) 822-4997 |

| | |
|---|---|
| 1 | James M. Finberg (State Bar No. 114850) |
| 2 | ALTSHULER BERZON |
|   | 177 Post Street, Ste. 300 |
| 3 | San Francisco, CA 94108 |
|   | Telephone: (415) 421-7151 |
| 4 | Facsimile: (415) 362-8064 |

*Attorneys for Plaintiffs and the Proposed Class*

DATED: July 30, 2007       PAUL, WEISS, RIFKIND, WHARTON &
                           GARRISON LLP


By: _____ */s/ Jay Cohen*_____
              Jay Cohen

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*

1 **ORDER**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated: __July 30_____, 2007



The Honorable Phyllis J. Hamilton
United States District Judge

721695.1                - 5 -                STIPULATION AND [PROPOSED] ORDER
                                              CASE NO. C- 05-1298 PJH