1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6    [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  (212) 373-3000
   Facsimile:  (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global*
13 *Markets Inc. d/b/a Smith Barney*
     [Additional Counsel listed on Signature Page]
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 RENEE FASSBENDER AMOCHAEV,          Case No.  C- 05-1298 PJH
   DEBORAH ORLANDO, KATHRYN N.
19 VARNER and IVY SO, on behalf of     **CLASS ACTION**
   themselves and all others similarly situated,
20                                     **STIPULATION AND [PROPOSED] ORDER
                    Plaintiffs,        ADJOURNING CLASS CERTIFICATION
21                                     SCHEDULE AND SETTING DEADLINE TO
          v.                           FILE PRELIMINARY SETTLEMENT
22                                     APPROVAL PAPERS**
   CITIGROUP GLOBAL MARKETS, INC.,
23 d/b/a SMITH BARNEY,

24                    Defendant.

25

26

27

28

                                                    STIPULATION AND [PROPOSED] ORDER
   728202.1                                              CASE NO. C- 05-1298 PJH

1           WHEREAS, Plaintiffs' Motion for Class Certification is due to be filed on

2  September 13, 2007;

3           WHEREAS, the parties advised the Court by Joint Stipulation dated July 30, 2007

4  that the parties had reached substantive agreements on the monetary terms of the settlement and

5  agreed that a brief extension of the class certification schedule was warranted so that the parties

6  could complete discussions on the programmatic relief to resolve this matter;

7           WHEREAS, the process to resolve this matter has taken longer than anticipated to

8  complete due to the highly complicated nature of the contemplated programmatic relief;

9           WHEREAS, the parties are still considering independent consultants in accordance

10  with the terms agreed to in the programmatic relief;

11           WHEREAS, the parties had a conference call on September 10, 2007 to discuss

12  the remaining outstanding issues and agree that the process is near completion;

13           WHEREAS, the parties have been mediating under the supervision of Hunter R.

14  Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the

15  Court about the progress of the mediation at the Court's convenience at his office number, (404)

16  420-4622 should the Court be interested in speaking with him; and

17           WHEREAS, the parties and their counsel agree that the proposed modification is

18  appropriate and will not unduly delay processing this action,

19           IT IS HEREBY STIPULATED, by and between the parties through their

20  respective counsel of record, that the parties propose the schedule for class certification be

21  adjourned *sine die* and propose that the Court set the deadline for filing Preliminary Settlement

22  Approval papers on October 31, 2007.

23           SO STIPULATED.

24

25

26

27

28

1   Dated:  September 12, 2007          Respectfully submitted,

2                                       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

3

4                                       By:  _____ /s/ Kelly M. Dermody _____
                                                      Kelly M. Dermody
5
                                        Kelly M. Dermody (State Bar No. 171716)
6                                       Heather H. Wong (State Bar No. 238546)
                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
7                                       Embarcadero Center West
                                        275 Battery Street, 30th Floor
8                                       San Francisco, CA  94111-3339
                                        Telephone:  (415) 956-1000
9                                       Facsimile:  (415) 956-1008

10                                      Elizabeth A. Alexander (Pro Hac Vice)
                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
11                                      150 Fourth Avenue, N., Ste. 1650
                                        Nashville, TN  37219-2423
12                                      Telephone:  (615) 313-9000
                                        Facsimile:  (615) 313-9965
13
                                        Adam T. Klein (Pro Hac Vice)
14                                      Justin M. Swartz (Pro Hac Vice)
                                        Piper Hoffman (Pro Hac Vice)
15                                      OUTTEN & GOLDEN LLP
                                        3 Park Avenue, 29th Floor
16                                      New York, New York 10016
                                        Telephone: (212) 245-1000
17                                      Facsimile: (212) 977-4005

18                                      Cyrus Mehri (Pro Hac Vice)
                                        Lisa M. Bornstein (Pro Hac Vice)
19                                      Sandi Farrell (Pro Hac Vice)
                                        Anna M. Pohl  (Pro Hac Vice)
20                                      MEHRI & SKALET, PLLC
                                        1250 Connecticut Ave, NW, Suite 300
21                                      Washington, DC 20036
                                        Telephone: (202) 822-5100
22                                      Facsimile: (202) 822-4997

23                                      James M. Finberg (State Bar No. 114850)
                                        ALTSHULER BERZON
24                                      177 Post Street, Ste. 300
                                        San Francisco, CA  94108
25                                      Telephone:  (415) 421-7151
                                        Facsimile:  (415) 362-8064
26
                                        Attorneys for Plaintiffs and the Proposed Class
27

28

1

DATED: September 12, 2007

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP

2

3

By:_____ */s/ Jay Cohen*_____
       Jay Cohen

4

5

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

6

7

8

9

10

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

11

12

13

*Attorneys for Defendant Citigroup Global Markets Inc.
d/b/a Smith Barney*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

728202.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C- 05-1298 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____September 21_____, 2007

The Honorable Phyllis J. Hamilton

IT IS SO ORDERED

Judge Phyllis J. Hamilton

728202.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. C- 05-1298 PJH