1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6    [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  (212) 373-3000
   Facsimile:  (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global*
13 *Markets Inc. d/b/a Smith Barney*
     [Additional Counsel listed on Signature Page]
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 RENEE FASSBENDER AMOCHAEV,          Case No.  C- 05-1298 PJH
   DEBORAH ORLANDO, KATHRYN N.
19 VARNER and IVY SO, on behalf of     **CLASS ACTION**
   themselves and all others similarly situated,
20
                    Plaintiffs,        **STIPULATION AND [~~PROPOSED~~]
21                                      ORDER EXTENDING DEADLINE
                                        TO FILE PRELIMINARY**
22          v.                          **SETTLEMENT APPROVAL PAPERS**
                                         AND SETTING CASE MANAGEMENT
23 CITIGROUP GLOBAL MARKETS, INC.,      CONFERENCE
   d/b/a SMITH BARNEY,
24
                    Defendant.
25

26

27

28

741952.1                                    STIPULATION AND [PROPOSED] ORDER
                                            CASE NO. C- 05-1298 PJH

1      WHEREAS, the deadline for filing Preliminary Settlement Approval papers is

2  December 14, 2007;

3      WHEREAS, the parties continue to make substantial progress but the process to

4  resolve this matter has taken longer than anticipated to complete due to the highly complicated

5  nature of the contemplated programmatic relief;

6      WHEREAS, the parties are still considering independent consultants in accordance

7  with the terms agreed to in the programmatic relief;

8      WHEREAS, the parties have been mediating under the supervision of Hunter R.

9  Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the

10  Court about the progress of the mediation at the Court's convenience at his office number, (404)

11  420-4622 should the Court be interested in speaking with him; and

12      WHEREAS, the parties agree that the proposed modification is appropriate and

13  will not unduly delay processing this action;

14      IT IS HEREBY STIPULATED, by and between the parties through their

15  respective counsel of record, that the parties propose that the Court extend the deadline for filing

16  Preliminary Settlement Approval papers until January 18, 2008, and that the Court set as January

17  23, 2008, ~~or the next available date on the Court's calendar~~, for a Case Management Conference.
   24

18

19      SO STIPULATED.

20

21

22

23

24

25

26

27

28

Dated:  December 14, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP


By: _____ */s/ Kelly M. Dermody* _____
Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein (*Pro Hac Vice*)
Justin M. Swartz (*Pro Hac Vice*)
Piper Hoffman (*Pro Hac Vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri (*Pro Hac Vice*)
Lisa M. Bornstein (*Pro Hac Vice*)
Sandi Farrell (*Pro Hac Vice*)
Anna M. Pohl  (*Pro Hac Vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

1     *Attorneys for Plaintiffs and the Proposed Class*

2     DATED: December 14, 2007          PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP
3

4                                       By: _____/s/ Jay Cohen_____
                                                    Jay Cohen
5

6                                       Jay Cohen (*pro hac vice*)
                                        Brad S. Karp (*pro hac vice*)
                                        Daniel J. Toal (*pro hac vice*)
7                                       Liza M. Velazquez (*pro hac vice*)
                                        PAUL, WEISS, RIFKIND, WHARTON &
8                                       GARRISON LLP
                                        1285 Avenue of the Americas
9                                       New York, NY  10019-6064
                                        Telephone:  (212) 373-3000
10                                      Facsimile:   (212) 757-3990

11                                      Malcolm A. Heinicke (State Bar No. 194174)
                                        MUNGER, TOLLES & OLSON LLP
12                                      560 Mission Street, 27th Floor
                                        San Francisco, CA  94105
13                                      Telephone:  (415) 512-4000
                                        Facsimile:   (415) 512-4077
14
                                        *Attorneys for Defendant Citigroup Global Markets*
15                                      *Inc. d/b/a Smith Barney*

16

17

18                                       **ORDER**

19

20              PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23     Dated: __December 17_____, 2007       _____

24                                              The Honorable Phyllis J. Hamilton

25                                              IT IS SO ORDERED

26                                              Judge Phyllis J. Hamilton

27

28