UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENE AMOCHAEV, et al.,

    Plaintiffs,

    v.

CITIGROUP GLOBAL MARKETS INC.,

    Defendant.
_____/

No. C 05-1298 PJH

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING PRELIMINARY APPROVAL DEADLINE**

Before the court is the parties' joint case management statement. In it, the parties request that the currently scheduled case management conference set for January 24, 2008, be continued pending submission of the parties' motion for preliminary approval of settlement.

The court hereby grants the parties' request, and the January 24 case management conference is hereby VACATED. This will, however, be the last continuance granted. The parties are further ordered to file a joint motion for preliminary approval of settlement no later than March 12, 2008. The hearing on the motion for preliminary approval shall take place on April 2, 2008, at 9:00 a.m. In the event the parties are unable to file a motion for preliminary approval by March 12, 2008, the parties are nonetheless instructed to appear for a case management conference on April 2 at 9:00 a.m., in lieu of the hearing on the motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: January 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge