1  Jay Cohen (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON &
2  GARRISON LLP
   1285 Avenue of the Americas
3  New York, NY 10019-6064
   Telephone:  (212) 373-3000
4  Facsimile:  (212) 757-3990

5  *Attorneys for Defendant Citigroup Global*
   *Markets Inc. d/b/a/ Smith Barney*

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  RENEE FASSBENDER AMOCHAEV,          Case No.  C- 05-1298 PJH
    DEBORAH ORLANDO, KATHRYN N.
11  VARNER and IVY SO, on behalf of     **CLASS ACTION**
    themselves and all others similarly situated,
12
                Plaintiffs,
13
        v.                             [~~PROPOSED~~] ORDER GRANTING
14                                      **ADMINISTRATIVE MOTION TO**
    CITIGROUP GLOBAL MARKETS, INC.,     **FILE UNDER SEAL**
15  d/b/a SMITH BARNEY,

16              Defendant.

17

18

19          IT IS HEREBY ORDERED THAT:

20          GOOD CAUSE APPEARING and pursuant to Civil Local Rules 7-11 and 79-5(c)

21  & (d) of the United States District Court for the Northern District of California, the parties'

22  application to file the following documents under seal is GRANTED:

            1.     ~~Appendix 1 to the Settlement Agreement.~~
23
            2.     Appendix 2 to the Settlement Agreement.
24
            IT IS SO ORDERED.
25
    Dated:  ___4/30/08___
26
                                        By: _____
27                                      Honorab[le]
                                        UNITED
28

                                        IT IS SO ORDERED

                                        Judge Phyllis J. Hamilton

                                        [PROPOSED] ORDER
                                        CASE NO. C-05-1298 PJH