1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6    [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  (212) 373-3000
   Facsimile:   (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global*
13 *Markets Inc. d/b/a Smith Barney*

14   [Additional Counsel listed on Signature Page]

15
16                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO on behalf of themselves and all others similarly situated,<br><br>20         Plaintiff,<br><br>21  v.<br><br>22  CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>        Defendant. | Case No. C-05-1298 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS MEMBERS INADVERTENTLY LEFT OFF CLASS LIST** |

25         WHEREAS, Citigroup Global Markets, Inc., d/b/a Smith Barney ("Smith Barney")

26 has recently discovered that 38 class members were inadvertently left off of the class list provided

27 to the claims administrator;

28         WHEREAS, as a result, those 38 class members were not mailed the notice that

1 | was sent to all of the other class members on May 20, 2008.

2 |       WHEREAS, the parties agree that these class members are entitled to receive
3 | notice and have an opportunity to submit a claim form or to opt out or object;

4 |       WHEREAS, the deadline for opting out or objecting under the original notice
5 | pursuant to the Preliminary Approval Order was July 7, 2008 and the deadline to submit a claim
6 | form is September 17, 2008;

7 |       WHEREAS, Ninth Circuit case law and due process indicate that class members
8 | should be given at least 30 days notice, *see Torrist v. Tucson Elec. Power Co.*, 8 F.3d 1370 (9th
9 | Cir. 1993);

10 |       WHEREAS, the parties recommend that notice be mailed to these 38 persons with
11 | a supplemental letter explaining to them that they were inadvertently left off of the original
12 | notice, and as a result they will be given 40 days from the date of the supplemental mailing to
13 | object or opt out;

14 |       WHEREAS, if the Court approves this procedure, notice could be mailed to this
15 | group by June 28, 2008; their opt outs or objections would be due by August 7, 2008; their claim
16 | forms would be due on September 17, 2008, along with the rest of the class members; and there
17 | would be no need to move the fairness hearing, which is currently scheduled for April 13, 2008.

18 |       The parties, through their respective counsel of record, hereby stipulate and agree
19 | as follows:

20 |       1.    A supplemental letter, in the form attached as exhibit A, shall be sent to the
21 | 38 class members who were inadvertently left off of the class list, attaching the notice, but
22 | notifying them that since they did not receive the notice when it was originally sent, they will
23 | have 40 days from the date of the mailing of the supplemental notice to opt out, object, or submit
24 | a claim form;

25 |       2.    Smith Barney has provided a list of the 38 persons who were inadvertently
26 | left off the original notice to the Claims Administrator. The persons who were inadvertently left
27 | off of original notice shall have 40 days from the date that the supplemental letter and original
28 | notice is mailed, to submit an objection, a request for exclusion, or a claim form.

1  3. There need not be re-mailing of notice to any other class members, and the deadline set forth in the Court's Preliminary Approval Order shall remain the same for all class members, except for those who were inadvertently left off the original notice.

June 26, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Kelly M. Dermody*
Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein *(Pro Hac Vice)*
Justin M. Swartz *(Pro Hac Vice)*
Piper Hoffman *(Pro Hac Vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(Pro Hac Vice)*
Anna M. Pohl  *(Pro Hac Vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

*Attorneys for Plaintiffs and the Proposed Class*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: _____/s/ Jay Cohen_____
                Jay Cohen

Jay Cohen *(Pro Hac Vice)*
Brad S. Karp *(Pro Hac Vice)*
Daniel J. Toal *(Pro Hac Vice)*
Liza M. Velazquez *(Pro Hac Vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*

**ORDER**

The Court, having considered the above stipulation, and good cause appearing therefore. IT IS SO ORDERED.

Dated: 6/30/08

The Hon. Judge Phyllis J. Hamilton

769099.1                           - 4 -                   STIPULATION AND PROPOSED ORDER RE CLASS MEMBERS INADVERTENTLY LEFT OFF CLASS LIST

**Exhibit A**

Dear _____:

You are a member of the class in a gender discrimination class action lawsuit against Citigroup Global Markets, Inc., d/b/a Smith Barney brought on behalf of female Financial Advisors. Attached are copies of the notice describing the settlement, and the claim form to be submitted if you wish to receive a distribution from the settlement fund.

Those documents were sent to other class members on May 20, 2008. Due to an error, you were inadvertently not sent the notice and claim form at that time. Because you did not receive the notice on time, through no fault of your own, the Court has extended certain deadlines set forth in the notice for you, as follows:

1. Deadline for submitting a request for exclusion, if you chose not to participate in the monetary settlement (see notice pp 15-16, section 6.B) – **received by August 7, 2008**;

2. Deadline for commenting on the settlement (see notice pp 16-17, section 6.C) – **received by August 7, 2008**.

Please note that other than the deadline extensions for you to submit a request to be excluded or to comment on the settlement, as described above, all other information in the original notice remains in effect and fully operative.

If you have any questions, you can contact Class Counsel at 1-800-541-7358 or the Claims Administrator at 1-866-626-9206.

769111.1