1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6   [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  (212) 373-3000
   Facsimile:   (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global
13 Markets Inc. d/b/a Smith Barney*

14  [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C-05-1298 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR CLASS MEMBERS TO OPT OUT OR OBJECT TO PROPOSED SETTLEMENT** |

WHEREAS, the deadline for opting out or objecting under the original notice sent to class members pursuant to the Preliminary Approval Order in the above-captioned matter is July 7, 2008; and

721548.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. C- 05-1298 PJH

1  WHEREAS, in response to a request made on behalf of certain class members for additional time to evaluate the settlement, the parties have agreed that the July 7, 2008 deadline to opt out or file objections to the settlement can be extended by seven (7) days.

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

1. All class members, except for those to whom notice was sent in the form of Exhibit A to in the Court's June 30, 2008 Order, shall have until July 14, 2008 to submit an objection or a request for exclusion.

2. Those class members who received notice pursuant to the Court's June 30, 2008 Order shall continue to have 40 days from the date of mailing of that notice to submit an objection or a request for exclusion.

3. There need not be re-mailing of notice to the class, and all other deadlines set forth in the Court's Preliminary Approval Order shall remain the same for all class members.

July __, 2008                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:     */s/ Kelly M. Dermody*
            Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein *(Pro Hac Vice)*
Justin M. Swartz *(Pro Hac Vice)*
Piper Hoffman *(Pro Hac Vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(Pro Hac Vice)*
Anna M. Pohl *(Pro Hac Vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiffs and the Proposed Class*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: _____*/s/ Jay Cohen*_____
　　　　　Jay Cohen

Jay Cohen *(Pro Hac Vice)*
Brad S. Karp *(Pro Hac Vice)*
Daniel J. Toal *(Pro Hac Vice)*
Liza M. Velazquez *(Pro Hac Vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*

## **ORDER**

The Court, having considered the above stipulation, and good cause appearing therefore. IT IS SO ORDERED.

Dated: 7/15/08

The Hon. Phyllis J. Hamilton

